FILE COPY

No. 07-14-00391-CR

| | | |
|---|---|---|
| Abel Cervantes<br>  Appellant | § | From the 364th District Court<br>  of Lubbock County |
| | § | |
| v. | | June 9, 2015 |
| | § | |
| The State of Texas<br>  Appellee | § | Opinion by Justice Hancock |
| | § | |

**J U D G M E N T**

Pursuant to the opinion of the Court dated June 9, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o